### Schuyler H. Platt v. Urs Haner.

*Patent: Parol evidence.* Parol evidence of the contents of a United States patent is not admissible.

*Heard and decided April 23.*

Error to St. Clair Circuit.

This was an action of trespass *quare clausum,* brought by Haner against Platt before a justice of the peace and certified to the circuit upon notice that the title to land would come in question. On the trial the question appeared to be one of disputed boundaries, and parol evidence was admitted against objection, of the description of premises contained

in the United States patent of the lands in question.    The
plaintiff recovered judgment below, and the defendant brought
error.

*V. A. Saph* and *Trowbridge & Atkinson*, for plaintiff in
error, were stopped by the court.

*T. C. Owen,* for defendant in error.

THE COURT held that parol evidence of the contents of
a United States patent is inadmissible; for, if the patent itself
is lost or not accessible, the proof by exemplification from
the general land office is equivalent in degree and should
be obtained.

Judgment reversed, with costs, and a new trial awarded.